Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

REGINALD TUCKER, : 07 CV 513 (SCR) (LMS)

            Plaintiff, :

                                                      STIPULATION OF
  -against-                                : DISCONTINUANCE
                                                      WITH PREJUDICE

GREENWICH HOSPITAL, :

           Defendant. :

-----------------------------------------------------------X

IT IS STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the above-captioned action, same is hereby discontinued against defendant GREENWICH HOSPITAL, **with prejudice**, and without costs, attorneys' fees, interest or disbursements to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

ME1 6433287v.2

Dated: New York, New York
       June 19, 2007

    Law Office of                         McCarter & English, LLP
    Paul N. Cisternino, P.C.

By: _____          By: _____
    Paul N. Cisternino (PC-0317)          Gregory B Nokes (GN-3443)
    701 Westchester Avenue             Aimée Sato (AS-5309)
    Suite 308W                          245 Park Avenue
    White Plains, New York 10604         New York, New York 10167
    (914) 997-0303                       (212) 609-6800

So ordered,

_____
U.S.D.J.

dated July 24, 2007

2